UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GENARO NUNEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 3:15-cv-01664 |
| | § | |
| **SAFECO INSURANCE COMPANY** | § | |
| **OF INDIANA AND ROB HANSEN,** | § | |
| | § | |
| | § | |
| Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

In compliance with the Court's Order of June 30, 2015 [Docket No. 11], the parties respectfully advise the Court that the parties have settled all claims in controversy in the above-styled and numbered case. A motion to dismiss this case in its entirely with prejudice will be submitted within (30) days from the date of the filing of this Notice. If the parties are unable to file such a motion within thirty (30) days, they will file a motion requesting additional time.

Respectfully Submitted,


*/s/ Mark D. Tillman*
MARK D. TILLMAN
State Bar No. 00794742
DANIEL C. SCOTT
State Bar No. 24051316

**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
Email:  mark.tillman@tb-llp.com
         dan.scott@tb-llp.com

**ATTORNEYS FOR DEFENDANT SAFECO INSURANCE COMPANY OF INDIANA**


*/s/ Ben R. Crowell*
 Ben R. Crowell
 SBN 24087360
 Jacey Hornecker
 SBN 24085383
 SPEIGHTS & WORRICH
 1350 N. Loop 1604 East, Suite 104
 San Antonio, Texas 78232
 Telephone: (210) 495-6789
 Facsimile: (210) 495-6790
 bcrowell@speightsfirm.com
 jacey@speightsfirm.com

 **ATTORNEYS FOR PLAINTIFF GENARO NUNEZ**