UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GENARO NUNEZ, § § § § § § § § § § § | |
| Plaintiff, | |
| vs. | CASE NO. 3:15-cv-01664 |
| SAFECO INSURANCE COMPANY OF INDIANA AND ROB HANSEN, | |
| Defendants. | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Genaro Nunez ("Plaintiff") and Defendants Safeco Insurance Company of Indiana and Rob Hansen ("Defendants") file this Joint Motion to Dismiss with Prejudice (the "Motion"). In support of the Motion, the parties respectfully show the Court as follows:

All matters between the parties have been fully settled. Accordingly, the parties now request that this matter, including all claims that have been and/or could have been asserted in this matter, be dismissed with prejudice to the re-filing of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants request that the above-styled and numbered case be dismissed in its entirety with prejudice to the re-filing of same and that costs of Court to be taxed against the party incurring same.

Respectfully Submitted,

/s/ Mark D. Tillman
MARK D. TILLMAN
State Bar No. 00794742
DANIEL C. SCOTT
State Bar No. 24051316

**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
Email:  mark.tillman@tb-llp.com
          dan.scott@tb-llp.com

**ATTORNEYS FOR DEFENDANTS
SAFECO INSURANCE COMPANY OF
INDIANA AND ROB HANSEN**


Ben R. Crowell w/p/en
Ben R. Crowell
SBN 24087360
Jacey Hornecker
SBN 24085383
SPEIGHTS & WORRICH
1350 N. Loop 1604 East, Suite 104
San Antonio, Texas 78232
Telephone: (210) 495-6789
Facsimile: (210) 495-6790
bcrowell@speightsfirm.com
jacey@speightsfirm.com

**ATTORNEYS FOR PLAINTIFF
GENARO NUNEZ**

| **CERTIFICATE OF SERVICE** |
|---|

In accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure, on August 28, 2015, a true and correct copy of the above and foregoing instrument was served *via facsimile or electronic service* upon:

Ben R. Crowell
SBN 24087360
Jacey Hornecker
SBN 24085383
SPEIGHTS & WORRICH
1350 N. Loop 1604 East, Suite 104
San Antonio, Texas 78232
Telephone: (210) 495-6789
Facsimile: (210) 495-6790
bcrowell@speightsfirm.com
jacey@speightsfirm.com

**ATTORNEYS FOR PLAINTIFF
GENARO NUNEZ**

                                               */s/ Mark D. Tillman*
                                               MARK D. TILLMAN