UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GENARO NUNEZ, | § | |
| Plaintiff, | § § § | |
| vs. | § § | CASE NO. 3:15-cv-01664 |
| SAFECO INSURANCE COMPANY OF INDIANA AND ROB HANSEN, | § § § § | |
| Defendants. | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is the parties' Joint Motion to Dismiss with Prejudice (the "Motion"). Having considered the Motion, the Court is of the opinion that Motion should be **GRANTED**.

**IT IS THEREFORE, ORDERED, ADJUDGED and DECREED** that all claims in the above-styled and numbered case are hereby **DISMISSED WITH PREJUDICE** to the re-filing of same and costs of Court shall be taxed against the party incurring the same. All relief not expressly granted herein is **DENIED**.

So **ORDERED** on this 1st day of September, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE                     SOLO PAGE