IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GENARO NUNEZ, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-01664-M |
| | § | |
| SAFECO INSURANCE COMPANY OF INDIANA and ROB HANSEN | § § § | |
| | § | |
| Defendants. | § | |

## JUDGEMENT

The Court has granted the parties' Joint Motion to Dismiss with Prejudice. Accordingly, this case, including all claims that have been and/or could have been asserted in this matter, is **DISMISSED** with prejudice. All costs of court are taxed against the party incurring the same.

**SO ORDERED.**

September 1, 2015.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1